UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 00-318(JMR)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | REASSIGNMENT OF CRIMINAL CASE |
| v. | ) | |
| MARTIN ARTEAGA RAMOS, Defendant. | ) | |

The above-referenced criminal case has been reassigned as follows:

| Criminal No. | Defendant Name | Remove AUSA | Add AUSA |
|---|---|---|---|
| 00-318(JMR) | Martin Arteaga Ramos | Paul A. Murphy | Joseph T. Walbran |

Dated: 1/21/05

Respectfully submitted,

THOMAS B. HEFFELFINGER
United States Attorney

s/ Paul A. Murphy

PAUL A. MURPHY
Assistant United States Attorney