UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 00-318(1)(JMR)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN ARTEAGA RAMOS,<br><br>Defendant. | ) | REASSIGNMENT OF CRIMINAL CASE |

The following criminal case has been reassigned as follows:

<u>Criminal No.</u>

00-318(1)(JMR)

<u>Defendant Name</u>

Martin Arteaga Ramos

<u>Remove AUSA</u>

Joseph T. Walbran

<u>Add AUSA</u>

James E. Lackner

Dated: July 20, 2005

THOMAS B. HEFFELFINGER
United States Attorney

s/ Joseph T. Walbran
BY: JOSEPH T. WALBRAN
Assistant U.S. Attorney
Attorney ID No. 113700